# Exhibit A:

# February 9, 2022 Email from Rosenberg to all Owners

Joan Nagar

On Feb 9, 2022, at 3:29 PM, Steve Rosenberg <classmateusa@bellsouth.net> wrote:

**Dear TOVE Owners:** *Please try to read the entire email thread top to bottom. This is transparency at work.*

It has come to my attention that a certain Board member has taken a "personal benefit" of her position on the Board. Joan Nager has used a RESERVED parking space that belongs to the building ( for staff, etc. ) and used it for what appears to be well over a year, for her own personal benefit. While she acquired the **temporary use** of this RESERVED spot prior to her being on the Board, she has now continued to use this convenient RESERVED spot as a Board member.

In the emails below, you will see where George Mutlos, the Board president, suggested the Board take a vote to " give the spot " to Joan.

1

The Board does NOT have the right to " give away " the buildings common property to an owner, much less a Board member.

Apparently Joan had a knee surgery well over a year ago, and a previous Board allowed her the temporary use of the spot, as it was closer to the door, as a courtesy. Even after she has recovered, she continued to use the RESERVED spot, which does not belong to her, rather belongs to the building.

According to Debbie our property manager, Joan claimed she previously " bought the spot ". Reserved parking spots that belong to the building can't be sold privately. Upon some Board members asking questions, somehow Joan Nagar acquired a TOVE parking decal with the number of that spot. Debbie the manager claims she didn't give it to her.

**BOARD MEMBERS BY LAW ARE NOT ALLOWED TO RECEIVE ANY PERSONAL BENEFITS THAT OTHER OWNERS ARE UNABLE TO RECEIVE.**

Below are the following five Board member comments, while two members have " remained silent ", despite being asked to respond.

In order to have complete trust with the Board, owners must be able have complete transparency from the Board The Board should not allow any " special privilages " to Board members not available to owners.

You, the owners, have the right to know, and to decide, which Board members cover for their own, and which Board members answer to you.

Steve Rosenberg
TOVE Director
859 200 7740

Please read the emails below in the order they were sent...top to bottom.

---

**From:** Steve Rosenberg <classmateusa@bellsouth.net>
**Sent:** Tuesday, February 8, 2022 2:08 PM
**To:** classmateusa <classmateusa@bellsouthnet>; George Mutlos TOVE #625 <ggmutlos@att.net>; Maritza Iacovitti 811 <miacovitti@gmail.com>; Iona Cortez <ionamcortez@gmail.com>; Stewart <srabin2963@aol.com>; JOAN NAGAR <jbnagar@bellsouth.net>; I. Frazier <immanueltove817@gmail.com>; Manager <tovepropertymanager@outlook.com>
**Subject:** Improper benefits to Board member

Email #1

2

Dear TOVE Board members:

It has come to my attention, that a Board member, Joan Nagar, is receiving a special benefit that TOVE owner's are not given.

From what I understand, Joan had a surgery well over a year ago that she requested a parking spot that was closer to the door, to make her walk shorter, while she recovered. It was very appropriate for the Board at the time to try and accommodate her temporary request, which they would try to do for any owner accordingly. However, Joan continues to use this RESERVED space that belongs to the building, as if it was her own RESERVED original space. Joan further received a parking TOVE decal, with the #450, to further her claim that the space was now hers.

I am not aware of anything in our by-laws that allows the Board to " give " a building owned RESERVED spot to a resident, much less to a Board member. It is illegal for Board members to receive benefits such as this. The president of the Board does NOT have the legal authority to " give away " building owned RESERVED spots " to whomever they choose to do favors for.

( Note, a security guard told me he parks on the ramp because he was not told he could use the staff spot Joan is using ).

I was told by Debbie our property manager that Joan told her she " bought the spot ". That is NOT possible, and the Board does not have the authority to sell these spots, especially to a Board member. If the Board can sell these building owned spots, I would like to buy them all.

Owners will not have confidence in our Board if we allow Board members to " take advantage ", and get " favors" that other owners do not receive.

For this reason, I respectfully request that Joan Nagar resign and relinquish the spot immediately. It is not enough to offer the space

3

back. Owners deserve to know that " favors " are still done by the Board, or members of the Board, especially the president. This can't be tolerated.

Please let me know within 24 hours if you agree that Board members are NOT allowed special privileges that any other owner can't get. Your silence will be taken as you condone this practice of allowing Board members to get these special benefits.

We, as a Board, should be very transparent. We should not try to cover this up, or sweep it under the rug from the owners, who deserve to know.

I am going on record saying that any Board member that gets special benefits that other owners don't get, that Board member needs to resign.

Please answer you either agree, or not. It's that simple. If not, then you don't want the owners to know anything about this, and prefer we keep it a secret from them.

Respectfully,

Steve Rosenberg

TOVE Director