Exhibit B:

February 10, 2022 Demand Letter from Rosenberg to Plaintiff

**Joan Nagar**

**From:** Steve Rosenberg <classmateusa@bellsouth.net>
**Sent:** Thursday, February 10, 2022 10:09 PM
**To:** 'George Mutlos, TOVE #625'; Stewart Rabin; iona cortez; jbnagar@bellsouth.net; Maritza Iacovitti 811; i frazier; Property Manager
**Subject:** Re: parking issue - 450

Board,

There is a major scandal coming, and it's going to get really bad for some people. Joan, I hope you can produce the legal documentation proof that you own RESERVED spot #1103.

Apparently, many of the building's RESERVED spaces have been illegally conveyed or " sold " over the years, and the people who think they bought those spaces don't actually own them.

Without a title deed or other proof showing ownership, those spaces still belong to the building.

Joan, you can be a start. Again, show us your deed to spot #1103, who sold or transfered it to you, and the amount of the purchase. You stated you bought it, so please show that transaction so we can be positive of your claim of ownership of RESERVED spot #1103.

In regards to RESERVED spot #450, the going rate to rent a RESERVED spot at the 600 building next door is $75/month. Allowing for a couple courtesy months, you have 22 additional months of FREE RESERVED parking space that you did not pay for. This money belongs to the building / owners.

Please remit your payment of $1650 to THE Towers of Oceanview East Condo Association with 10 days to avoid additional colection cost.

Steve Rosenberg
TOVE Director


On Thursday, February 10, 2022, 06:35:56 PM EST, Property Manager <tovepropertymanager@outlook.com> wrote:


**Dear Board,**

1