Exhibit C:

February 16, 2022 Email from Rosenberg to all Owners

Joan Nagar

From: Steve Rosenberg <classmateusa@bellsouth.net>
Sent: Wednesday, February 16, 2022 6:17 PM
To: classmateusa
Subject: RESERVED TOVE PARKING FOR SALE?

Dear TOVE Owners:

I'd like to invite you to attend this very important Tove Board meeting this Friday at 7:00 PM, as I want to share with you how private "*extra*" RESERVED parking spots that are RESERVED for the building, have been sold or given away to "privileged" homeowners. This has been going on for a long time, but as a newly-elected Board member, I believe it is my duty to be totally open regarding the actions of this Board and past Boards. It's simply not right to sell "our" common extra RESERVED parking spots to those that have some sort of "connections". Example, one owner and previous Board member sold a common RESERVED spot to someone else for $6,000. How can an owner sell a RESERVED spot they don't own to someone else? How does a Board member just go into the computer system and make a building owned RESERVED parking spot their own?

I hope you will attend the Board meeting this Friday as I could use your support in trying to clean up the actions of previous Boards that haunt us to this

day. Working together we can make a much more efficient Board that works for you.

See you this Friday at 7:00 PM.

Thank you.

Steve Rosenberg
TOVE Director
859 200 7740