# Exhibit D:

# February 19, 2022 Email from Rosenberg to Board Members, Officers, and Attorneys

**From:** Steve Rosenberg <classmateusa@bellsouth.net>
**Sent:** Saturday, February 19, 2022 6:04 PM
**To:** classmateusa <classmateusa@bellsouth.net>
**Cc:** Iona Cortez <ionamcortez@gmail.com>; Maritza Iacovitti 811 <miacovitti@gmail.com>; Stewart <srabin2963@aol.com>; George Mutlos TOVE #625 <ggmutlos@att.net>; JOAN NAGAR <jbnagar@bellsouth.net>; I. Frazier <immanueltove817@gmail.com>; Manager <tovepropertymanager@outlook.com>; Kevin P. Yombor <kyombor@kdvlaw.com>; Bob Martin <bob@martinandmartinpa.com>
**Subject:** Re: IMG_3128.jpg

Board members:

Attached is Debbie texting that Joan had bought the second space #450. This was perhaps in error, but nevertheless, Joan's legal claim to either #450 or #1103 is laughable at best, and fraudulent at worst.

Board members, I promise you...if you allow Joan to stay in RESERVED spaces #1103, or #450, instead of her one legal authorized RESERVED spot #567, I have enough proof to bring some criminal charges into this matter, that will involve more than one person. You don't want to be seen providing cover to a fellow Board member, in light of this situation.

I will wait until Wednesday on this. After Wednesday, you will have to deal with a pending criminal investigation, and the civil litigation regarding this matter, if you don't address this issue now.

I implore the Board, if needed, to get legal advice, to demand Joan return to her legally assigned RESERVED spot #567.

Her legal issue is with Tina, and she will need to hire her own attorney to deal with the matter. The so called contract Joan has with Tina is not worth the paper it's written on.

I won't sit on a Board that refuses to take the appropriate action, and just sweeps this under the rug. I will hold anyone who is silent on this matter accountable. If you don't understand the legal situation, consult the Board's attorney, who should advise and demand Joan return to her properly assigned RESERVED spot #567, which is the original spot assigned to her apartment #1108, when she made

2

her apartment purchase. Again, I have proof that the office records have been " doctored ", in an attempt to cover up this matter.

Kevin, on this parking matter ( not my lawsuits ), since you talk with other Board members, you should be able to talk with me as well. I can give you all the information you need to advise the Board accordingly, since apparently the Board is using you instead of Martin, the Board's official attorney and registered agent. That is surprising in and of itself. I'm not aware of the Board ever approving of you to handle other matters, other than my one original lawsuit.

Bob, if you still work for this Board, perhaps you can also call me as well.

This Board needs some good legal advice, that hopefully some will listen to.

Thank you.

Steve Rosenberg

TOVE Director

859 200 7740

3