# Exhibit E:

# September 15, 2022 Invoice from TOVE to Plaintiff

# TOWERS OF OCEANVIEW EAST CONDOMINIUM ASSOCIATION

Invoice to: Joan Nagar

Account #1108

Date: September 15, 2022

Amount Due: $3,795.00

The above amount is due from you for your personal use of the associations attorney earlier this year ( February ) for your personal parking issues, including but not limited to the injunction you had the association attorney file on your behalf. The associations attorney is NOT to be used for your private personal benefit.

The TOVE Board voted 7 - 0 on September 1, 2022 to charge you back the legal fees for the improper personal use and benefit. Board members are not entitled to use the associations attorney for their private personal matters.

Please remit the above amount within 10 days. If not paid back within 10 days the association will place these charges on your account.

Thank you.

For the Board,

Debbie Dunson, LCAM
Property manager