Exhibit F:

November 10-11, 2022 Emails from Plaintiff, Dunson, and Rosenberg

**Joan Nagar**

| | |
|---|---|
| **From:** | Steve Rosenberg <classmateusa@bellsouth.net> |
| **Sent:** | Friday, November 11, 2022 11:25 AM |
| **To:** | JOAN NAGAR |
| **Cc:** | Stewart; Maritza Iacovitti 811; Patricia Menchris; Kim Presser; Iona Cortez; Jaime Velazquez; Debbie Dunson; Rachelle Guzman |
| **Subject:** | Re: Fwd: Re: Attorney bills |

Joan, you were provided the list of attorney charges related to your personal parking issues and the use of the Boards attorney to keep me as a director from towing your car parked improperly. We have proof you claimed three reserved spots at one time.
You further sent an email telling everyone to watch the zoom emergency injunction hearing which only again pertained to your personal parking issue.
Joan, the Board is not going to entertain your nonsense. You will get the fines and the Board will pursue collection as previously mentioned. In fact there are even more charges related tha we missed.
You were going to write the check to the attorney, who didn't bill you. He billed the Board. I asked George why he called the attorney on your behalf and he said you called the attorney...why didn't you call your private attorney. You took advantage of the Board's attorney for your personal benefit.
You can argue what you may but the Board is adamant is getting reimbursed. You had scheduled to me with Board members last night and then cancelled.
We won't waste anymore time responding to your nonsense. Apparently you continue to cause issues upon yourself which are all of your own making.
The fines and collection will proceed regardless of your antics.


---------- Forwarded message ----------
From: JOAN NAGAR <jbnagar@bellsouth.net>
Date: Nov 11, 2022 5:52 AM
Subject: Re: Attorney bills
To: Debbie Dunson <manager@tove400.net>
Cc: Steve Rosenberg <classmateusa@bellsouth.net>,Rabin Stewart <srabin2963@aol.com>,"jaime velazquez (jwv165@msn.com)" <jwv165@msn.com>,Maritza Iacovitti 811 <miacovitti@gmail.com>,iona cortez <ionamcortez@gmail.com>,Presser Kim <kpresser2003@gmail.com>,Patricia Menchris <menchris.patricia@gmail.com>

Good morning. Not sure what you're talking about regarding contacting vendors.

Again, I am requesting a copy of the paid invoice to the law, firm and a copy of the negotiate a check that was paid for the bill in full

Thank you.

Joan B. Nagar

> On Nov 10, 2022, at 4:32 PM, Debbie Dunson <manager@tove400.net> wrote:

# Joan,

1

The Board will give you 7 days to reimburse the board $3,795.00 from today's date.

The payment should be made payable to TOVE. After 7 days if payment is not received you will be fined $100/day up to $1,000.00.

If you still refuse to make proper reimbursement within that time frame, we will turn your reimbursement bill over to our attorney for collections. Additionally, if you continue to contact the Board's vendors concerning board business, you will also receive fines for interfering with TOVE board business.

We would appreciate your full cooperation at this time.

Sincerely,

*Debbie Dunson*

Towers of Oceanview East

Condominium Association

400 Leslie Drive

Hallandale, FL 33009

Phone # 954-458-0411

Fax # 954-458-8748

manager@tove400.net

https://tove400.net/

2