# Exhibit G:

# February 21, 2023 Demand Letter from Eisinger

# EISINGER LAW

**Joseph M. Pustizzi, Esq.**
jpustizzi@eisingerlaw.com
Phone: 954.894.8000
Fax: 954.894.8015

February 21, 2023

**VIA E-MAIL AND CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Ms. Joan Nagar
400 Leslie Drive, #1108
Hallandale Beach, FL 33009
E-Mail: bnagar@bellsouth.net

**RE: Demand for payment of outstanding monetary balance due to the Association**

Dear Ms. Nagar:

Please be advised that the undersigned Firm represents the interests of The Towers of Oceanview East Condominium Association, Inc. (the "Association") in connection with its general legal matters. In our capacity as counsel to the Association, we are advised by the Association of an alleged debt presently owed by you. Said debt includes unpaid fines, though the bulk of the alleged debt consists of money owed to the Association as reimbursement for attorney's fees paid for by the Association for services incurred by you in your individual capacity.

Specifically, the amount of $3,795.00 is due because of your unauthorized use of the Association's attorney for a personal matter. Specifically, during your time on the Board, you allegedly used the Association's attorney to prosecute personal matters involving a private parking space. Such matters should have been handled by your personal counsel and not through the Association's attorney. Upon information and belief, there are no meeting minutes authorizing such action, rendering the same invalid and improper. Additionally, fines have been imposed against you for conduct allegedly in violation of the Association's governing documents.

In an effort to amicably resolve this dispute without litigation, the Board is willing to accept the reduced sum of $2,500.00, if payment is tendered to the undersigned Firm within ten (10) days of the date of this correspondence. Should you fail to timely remit said payment, the Association has authorized the initiation of appropriate legal proceedings to collect all amounts lawfully owed. Should litigation become necessary, the Association will seek to hold you responsible for all attorney's fees and costs incurred.

Kindly remit said sum to the Firm if you intend to settle your account with the Association.

Very truly yours,

JOSEPH PUSTIZZI, ESQ.
For the Firm

cc: Association (via e-mail)