UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JOAN NAGAR,                                            CASE NO.: 0:23-cv-60531-WPD

    Plaintiff,

v.

STEVEN ROSENBERG, THE TOWERS
OF OCEANVIEW EAST CONDOMINIUM
ASSOCIATION, INC., and EISINGER,
LEWIS, CHAIET, STIVELMAN, EISINGER
& SHEIR, P.A.

    Defendants.
_____/

### JOSHUA SHESKIN ESQ.'S AND THE LAWFIRM OF LUBELL ROSEN'S MOTION TO WITHDRAW FROM THE REPRESENTATION OF STEVEN ROSENBERG AND THE TOWERS OF OCEANVIEW EAST CONDOMINIUM ASSOCIATION

Joshua H. Sheksin, Esq., and the firm of Lubell Rosen, hereby move to be relieved as counsel from the representation of Steven Rosenberg and the Towers of Oceanview Condominium Association, Inc., be relieved of all responsibilities thereto, and in support states as follows:

1. Irreconcilable differences have arisen between undersigned counsel and firm, and Steven Rosenberg and the Towers of Oceanview Condominium Association, Inc.

2. Despite diligent efforts by undersigned counsel such irreconcilable differences cannot be resolved.

3. As a result of the irreconcilable differences Steven Rosenberg and the Towers of Oceanview East Condominium Association, Inc., have terminated the services of undersigned attorney and firm.

4. The last known address and contact information for both Defendants is the same as Mr. Rosenberg is the president of the board of the condominium and is as follows:

1

**The Towers of Oceanview East Condominium Association, Inc.**
400 Leslie Drive
Management Office
Hallandale Beach, FL 33009
853.200.7740 main
**VIA Email to classmateusa@bellsouth.net**

5.  This Motion needs no conferral as undersigned counsel and firm have been terminated, and Mr. Rosenberg and The Towers of Oceanview East Condominium Association, Inc., have the right to select their own counsel.

6.  Withdrawal will prejudice none of the Parties, as the Parties are waiting on a ruling on more than one Motion to Dismiss.

WHEREFORE, Joshua H. Sheskin, Esq., and the law firm of Lubell Rosen, move to withdraw from the representation of Mr. Rosenberg and The Towers of Oceanview East Condominium Association, Inc., and be relieved from all obligations associated thereto.

Respectfully Submitted this 23rd Day of June, 2023

> LUBELL ROSEN, LLC
> Museum Plaza, Suite 900
> 200 S. Andrews Avenue
> Ft. Lauderdale, FL  33301
> Telephone: (954) 880-9500
> Facsimile: (954) 755-2993
>
> By: /s/ *Joshua H. Sheskin*
> Joshua H. Sheksin, Esquire
> Fla. Bar No.: 93028
> JHS@LubellRosen.com
> Secondary Email Addresses:
> Breanna@LubellRosen.com
> Gary@LubellRosen.com