UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60531-WPD

JOAN NAGAR,

    Plaintiff,

v.

STEVEN ROSENBERG; THE
TOWERS OF OCEANVIEW EAST
CONDOMINIUM ASSOCIATION,
INC.; and EISINGER, LEWIS,
CHAIET, STIVELMAN, EISINGER &
SHEIR, P.A.,

    Defendants.
_____/

## **ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon Defendants Steven Rosenberg and The Towers of Oceanview East Condominium Association, Inc. ("TOVE")'s Motion to Tax Costs [DE 80], filed on May 3, 2024, and the Report and Recommendation of Magistrate Judge Panayotta Augustin-Birch (the "Report") [DE 83], dated June 25, 2024.   The Court notes that no objections to the Report [DE 83] have been filed and that the time for filing such objections has passed.   As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 83] are hereby adopted and deemed incorporated into this opinion.   *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 83] and record and is otherwise fully advised in the premises.   The Court agrees with the Magistrate Judge's reasoning and conclusion that the Motion [DE 80] should be denied

and Plaintiff's request for attorneys' fees raised in her response should be denied without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 83] is hereby **ADOPTED** and **APPROVED**.

2. Defendants Rosenberg and TOVE's Motion to Tax Costs [DE 80] is hereby **DENIED.**

3. Plaintiff's request for attorneys' fees raised in her response is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of July 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record